COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| UMU ALHASSAN, | § | No. 08-24-00057-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th Judicial District Court |
| ABDUL K. YAHAYA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2018DCM1090) |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether the appeal should be dismissed for want of jurisdiction. Concluding that Appellant's notice of appeal is untimely, we dismiss the appeal.

A party perfects a civil appeal by timely filing a notice of appeal within 30 days after a final judgment is signed. TEX. R. APP. P. 26.1. A timely post-trial motion, such as a motion for new trial, extends the timeline for perfecting an appeal to 90 days after the judgment is signed. TEX. R. APP. P. 26.1(a)(1). A motion for new trial is timely filed within 30 days of the date the judgment is signed. TEX. R. CIV. P. 329b(a).

Appellant filed a notice of appeal on March 12, 2024, attempting to appeal the trial court's final judgment signed on February 3, *2023*. On March 12, 2024, the Clerk of this Court sent

Appellant a letter indicating that the appeal was not timely perfected. The letter gave notice of our intent to dismiss the appeal for want of jurisdiction, within ten days, unless grounds were shown for the Court to continue the appeal. *See* TEX. R. APP. P. 42.3(a). As of the date of this order, Appellant has not responded to this Court's notice. Accordingly, we find that Appellant failed to perfect her appeal because she filed the notice of appeal outside of the applicable time limits. We dismiss the appeal for want of jurisdiction. TEX. R. APP. P. 26.1, 42.3(a), (c), 43.2(f).


JEFF ALLEY, Chief Justice

March 27, 2024

Before Alley, C.J., Palafox and Soto, JJ.